```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 13550
   LONNIE THOMPSON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-1253


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 07/28/2007 and was not confirmed.

    The case was dismissed without confirmation 11/14/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------
MEADOWS CREDIT UNION      SECURED NOT I        .00           .00          .00
NATIONAL AUTO FINANCE     SECURED NOT I        .00           .00          .00
CAVALRY PORTFOLIO SERVIC  UNSECURED         755.30           .00          .00
AMC MORTGAGE SERVICES     CURRENT MORTG        .00           .00          .00
AMC MORTGAGE SERVICES     MORTGAGE ARRE        .00           .00          .00
CENTRIX FINANCIAL LLC     SECURED NOT I NOT FILED            .00          .00
CENTRIX FINANCIAL LLC     UNSECURED     NOT FILED            .00          .00
CITY OF CHICAGO WATER DE  SECURED           473.00           .00        45.00
NUVELL CREDIT CO LLC      SECURED VEHIC   14000.00           .00       300.00
NUVELL CREDIT CO LLC      UNSECURED     NOT FILED            .00          .00
ALLIED INTERSTATE         UNSECURED     NOT FILED            .00          .00
AMERICAN GENERAL FINANCE  UNSECURED     NOT FILED            .00          .00
ASSC CR & COLL            UNSECURED     NOT FILED            .00          .00
CAVALRY PORTFOLIO SERVIC  UNSECURED     NOT FILED            .00          .00
SIMON CHARLES LTD         UNSECURED     NOT FILED            .00          .00
CITY OF CHICAGO PARKING   UNSECURED     NOT FILED            .00          .00
COMMONWEALTH EDISON       UNSECURED         626.25           .00          .00
FLATRON FINANCE           UNSECURED     NOT FILED            .00          .00
HARRIS                    UNSECURED     NOT FILED            .00          .00
MEDICAL COLLECTION SYSTE  UNSECURED     NOT FILED            .00          .00
NCO FINANCIAL             UNSECURED     NOT FILED            .00          .00
VILLAGE OF MORTON GROVE   UNSECURED     NOT FILED            .00          .00
AMC MORTGAGE SERVICE      NOTICE ONLY   NOT FILED            .00          .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     2,834.00                    1,269.42
TOM VAUGHN                TRUSTEE                                       111.70
DEBTOR REFUND             REFUND                                        313.84

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  2,039.96

PRIORITY                                            .00
SECURED                                          345.00

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 13550 LONNIE THOMPSON
```

```
UNSECURED                                                          .00
ADMINISTRATIVE                                                1,269.42
TRUSTEE COMPENSATION                                            111.70
DEBTOR REFUND                                                   313.84
                                        ---------------  ---------------
TOTALS                                         2,039.96         2,039.96
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 02/27/08                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```